IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AMY BETH DEKEYSER,

    Plaintiff,

v.

VICKI L. ZIMMERMANN,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-422-wmc

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Vicki L. Zimmerman dismissing plaintiff Amy Beth DeKeyser's case without prejudice for plaintiff's failure to exhaust administrative remedies under the Civil Service Reform Act of 1978.

| /s/ | 8/14/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |